EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Receso administrativo del Programa de Educación Jurídica Continua del 23 de diciembre de 2019 al 3 de enero de 2020, y extensión de los términos | 2019 TSPR 213<br><br>203 DPR _____ |

Número del Caso:  EM-2019-07

Fecha:  20 de noviembre de 2019

Materia:  Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Receso administrativo del
Programa de Educación Jurídica
Continua del 23 de diciembre de
2019 al 3 de enero de 2020, y
extensión de los términos

EM-2019-07

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de noviembre de 2019.

Con el beneficio de la recomendación de la Directora Ejecutiva del Programa de Educación Jurídica Continua (Programa), Lcda. María Cecilia Molinelli González, la Jueza Presidenta Oronoz Rodríguez autorizó un receso administrativo del Programa como medida de sana administración y control de gastos. El receso comprenderá desde el viernes, 20 de diciembre de 2019, a partir de las 5:00 p.m., hasta el viernes, 3 de enero de 2020. Las labores se reanudarán a partir del martes, 7 de enero de 2020. Todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza durante el receso administrativo se extenderá hasta el martes, 14 de enero de 2020.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo